

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 4, 2020

By ECF

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  2/4/2020

    Re:    *Cabrera v. United States*, 18 Civ. 7270 (SDA)

Dear Judge Aaron:

    This Office represents the United States of America (the "Government") in the above-captioned Federal Tort Claims Act action. The Government respectfully requests to adjourn the final pretrial conference currently scheduled for February 12, 2020, at 10:30 a.m. The Government makes this request because I have a court appearance in another matter previously scheduled at the same time. This is the Government's first request for an adjournment of the final pretrial conference. Plaintiff consents to this request. The parties are available the morning of February 25, February 26, and February 27, or any date thereafter that is convenient for the Court.

    We thank the Court for its consideration of this request.

Request GRANTED. The final pretrial
conference before the undersigned is
adjourned  until Wednesday, February 26,
2020 at 10:30 a.m. in Courtroom 11C, 500
Pearl Street, New York, NY 10007. SO
ORDERED.
Dated: February 4, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _/s/ Danielle J. Levine_____
    DANIELLE J. LEVINE
    Assistant United States Attorney
    Telephone: 212-637-2689
    E-mail:    danielle.levine@usdoj.gov

cc:    Counsel of Record