UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dionicio Cabrera,

                Plaintiff,

-against-

The United States of America,

                Defendant.

1:18-cv-07270 (JFK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during a conference held today, it is ORDERED as follows:

1. The parties shall consult and no later than February 28, 2020 file a letter advising the Court whether the bench trial in this matter should be scheduled for June 15, 2020 – June 17, 2020 or June 22, 2020 – June 24, 2020;

2. No later than June 1, 2020, the parties shall file a Joint Pretrial Order in compliance with Judge Aaron's Individual Practices Section IV.B, as well as the other applicable filings set forth in Section IV.C; and

3. As previously communicated to the parties, no later than Friday, February 28, 2020, the parties shall advise the chambers of Magistrate Judge Sarah Cave which date they would like to hold a settlement conference.

**SO ORDERED.**

DATED:    New York, New York
             February 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge