UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Dionicio Cabrera,

                Plaintiff,

    -against-                            18 **CIVIL** 7270 (SDA)

## JUDGMENT

United States of America,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 9, 2020, judgment is rendered in favor of the Defendant dismissing the Complaint; accordingly, this case is closed.

**Dated:** New York, New York

       October 13, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                    BY:

                                              **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020